UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 10-30282-JB-11 |
| DNK VENTURE PARTNERS LLC | § | |
| | § | Chapter 11 |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason A. Starks*
JASON A. STARKS
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2010, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

DNK Venture Partners LLC
19325 Gulf Freeway, Ste. 7
Webster, TX 77598

By Electronic Means as listed on the Court's ECF Noticing System:

US Trustee USTPRegion07.HU.ECF@USDOJ.GOV


        */s/ Jason A. Starks*
        JASON A. STARKS